# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

WILLIE WASHINGTON WALKER,

    Plaintiff,

vs.

UNITED STATES ATTORNEY GENERAL, et al.,

    Defendants.

2:11-CV-01640-PMP-GWF

**ORDER**

    Before the Court for consideration is Defendant's Motion to Dismiss (Doc. #6). Notwithstanding the order of the court extending the deadline by which Plaintiff was required to respond to Defendant's Motion, Plaintiff has failed to do so. As a result, Plaintiff consents to the granting of Defendants' Motion. Moreover, a review of Defendants' Motion shows Defendant is entitled to the relief requested on the merits.

    **IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. #6) is **GRANTED**.

DATED: January 27, 2012.

PHILIP M. PRO
United States District Judge