# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| WILLIE WASHINGTON WALKER, | ) | 2:11-CV-01640-PMP-GWF |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| UNITED STATES ATTORNEY GENERAL, et al., | ) | |
| Defendants. | ) | |

Before the Court for consideration is Defendant's Motion to Dismiss (Doc. #6). Notwithstanding the order of the court extending the deadline by which Plaintiff was required to respond to Defendant's Motion, Plaintiff has failed to do so. As a result, Plaintiff consents to the granting of Defendants' Motion. Moreover, a review of Defendants' Motion shows Defendant is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. #6) is **GRANTED**.

DATED: January 27, 2012.

PHILIP M. PRO
United States District Judge